Kelly McCarthy Sutherland, Esq., #168222
LOMBARDO & GILLES, LLP
318 Cayuga Street
Salinas, California 93901
Telephone: 831.754.2444
Facsimile: 831.754.2011
kelly@lomgil.com

Attorneys for Plaintiff
Braga Ranch, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BRAGA RANCH, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SALYER AMERICAN FRESH FOODS, a California corporation; SCOTT SALYER, an individual; ERIC SCHWARTZ, an individual; JOHN BRYCE, an individual; ALLAN SABATIER, an individual; MARK MCCORMICK, an individual; STEVE FRANSON, as receiver appointed in the case of *Bank of the West v. Salyer American Fresh Foods, Salyer American Cooling*, Monterey County Superior Court Case Number GNM98573; BANK OF THE WEST, a California banking Corporation, as Administrative Agent for itself; Agstar Financial Services, PCA/FLCA; FCS Financial, PCA and DOES 4 through 50, inclusive,<br><br>Defendants. | Case No. C-09-04207-JF<br><br>**NOTICE OF DISMISSAL BY PLAINTIFF BRAGA RANCH, INC. OF ERIC SCHWARTZ AND JOHN BRYCE** |

Plaintiff Braga Ranch, Inc. hereby dismisses the above-captioned complaint as against only Eric Schwartz and John Bryce, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: November 6, 2009

LOMBARDO & GILLES, LLP

By: Kelly Sutherland
Kelly McCarthy Sutherland
Attorneys for Plaintiff
Braga Ranch, Inc.