1  Effie F. Anastassiou, Esq. (State Bar #96279)
   Daniel E. Griffee, Esq. (State Bar # 229897)
2  Karli R. Jungwirth, Esq. (State Bar #227956)
   ANASTASSIOU & ASSOCIATES
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California  93902
   Telephone:  (831) 754-2501
5  Facsimile:  (831) 754-0621

6  Attorneys for Plaintiff
   MAJOR FARMS, INC.
7

**E-Filed 1/22/2010**

8              IN THE UNITED STATES DISTRICT COURT

9      FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10  BRAGA RANCH, INC., a Corporation;        )  **CASE NO.    C09-04207-JF**
                                             )
11              Plaintiff,                    )  **ORDER VACATING CASE MANAGEMENT**
                                             )  **CONFERENCE AND ALL RELATED**
12      vs.                                   )  **DEADLINES**
                                             )
13  SALYER AMERICAN FRESH FOODS, a )  [N.D. Cal. Civ. L.R. 6-2, 7-12].
    California Corporation; SCOTT SALYER, an )
14  individual; ERIC SCHWARTZ, an individual, )
    an individual; JOHN BRYCE, an individual; )
15  ALLAN SABATIER, an individual; STEVE )
    FRANSON, as receiver appointed in the case )
16  of Bank of the West v. Salyer American Fresh )
    Foods, Salyer American Cooling, Monterey )
17  County Superior Court Case Number )
    GNM98573,                                 )
18                                            )
                Defendants.                   )
19  _____ )
                                             )  **CASE NO. C09-04985-JF**
20  MAJOR   FARMS,   INC.,   a   California )
    corporation;                              )
21                                            )
                Plaintiff,                    )
22                                            )
    v.                                        )
23                                            )
    SALYER AMERICAN FRESH FOODS, a )
24  California Corporation; SCOTT SALYER, an )
    Individual; STEVE FRANSON, as Receiver )
25  appointed in the case of *Bank of the West v.* )
    *Salyer   American   Fresh   Foods,   Salyer* )
26  *American Cooling*, Monterey County Superior )
    Court Case Number GNM98573; and BANK )
27  OF   THE   WEST,   a   California   Banking )
    Corporation;                              )
28                                            )
                Defendants.                   )
    _____ )

| | |
|---|---|
| HIGASHI FARMS, INC., a corporation; K&S FARMS, LLC, a limited liability company; M. NISHIMORI FARMS, INC., a corporation; MANN PACING CO., INC., a corporation; MARTIN JEFFERSON & SONS, a partnership; MERRILL FARMS, LLC, a limited liability company; NEW STAR FRESH FOODS, LLC, a limited liability company; TAYLOR FARMS CALIFORNIA, INC., a corporation | **CASE NO. C09-04983-JF** |

HIGASHI FARMS, INC., a corporation; K&S FARMS, LLC, a limited liability company; M. NISHIMORI FARMS, INC., a corporation; MANN PACING CO., INC., a corporation; MARTIN JEFFERSON & SONS, a partnership; MERRILL FARMS, LLC, a limited liability company; NEW STAR FRESH FOODS, LLC, a limited liability company; TAYLOR FARMS CALIFORNIA, INC., a corporation )

         Plaintiff, )

vs. )

BANK OF THE WEST, a California banking corporation, As Administrative Agent for itself, AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA; STEVE FRANSON, as Receiver for SALYER AMERICAN FRESH FOODS, a California Corporation, )

        Defendants. )

G&H FARMS, LLC, a California limited liability company; JOHN S. TAMAGNI & SONS, INC., a California corporation; PEDRAZZZI FARMS, INC., a California corporation; ED MEHL, an individual; and C&G FARMS, a California corporation )

        Intervening Plaintiffs. )

**CASE NO. C09-04983-JF**

PURSUANT TO STIPULATION of the attorneys that represent the plaintiffs or the defendants that have been served in the related actions of *Braga Ranch, Inc. v. Salyer American Fresh Foods, et al.,* Case No. 09-04207JF ("Braga Action"); *Major Farms, Inc. v. Salyer American Fresh Foods, et al.*, Case No. 09-04985JF ("Major Action"); and *Higashi Farms, Inc., et al., v. Bank of the West, et al.*, Case No. 09-04983 ("Higashi Action") IT IS SO ORDERED, that:

    i)    The Case Management Conference, currently scheduled to be heard by the Honorable Jeremy Fogel on February 12, 2010 at 10:30 A.M., be vacated pending the ruling on the Joint Motion for Establishment of Segregated PACA Account and PACA Trust Claims Procedure for Determination and Payment of Valid PACA Claim ("Joint PACA Motion"), which is presently calendared to be heard by the Honorable Jeremy Fogel on March 5, 2010 at 9:00 A.M;

    ii)    All deadlines directly affected by the Case Management Conference be vacated pending

1  the ruling on the Joint PACA Motion; and

2          iii)     The Case Management Conference and all deadlines directly affected by the Case

3  Management Conference be reset by the Court after the Honorable Jeremy Fogel has ruled on the Joint

4  PACA Motion.

5

6  DATED: ___1/22/2010_____        _____

7                                        HONORABLE JEREMY FOGEL
                                         JUDGE OF THE U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA

8  F:\MAJ\Salyer American Fresh Foods, Inc\Pleadings\Prop Order to Vacate CMC.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28