# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BRAGA RANCH, INC., a Corporation;<br><br>Plaintiff,<br><br>v.<br><br>SALYER AMERICAN FRESH FOODS, a California Corporation; SCOTT SALYER, an individual; ERIC SCHWARTZ, an individual, an individual; JOHN BRYCE, an individual; ALLAN SABATIER, an individual; MARK MCCORMICK, an individual; STEVE FRANSON, as receiver appointed in the case of *Bank of the West v. Salyer American Fresh Foods, Salyer American Cooling*, Monterey County Superior Court Case Number GNM98573; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case Number C 09-4207 JF**<br><br>**ORDER[1] GRANTING PLAINTIFFS' JOINT MOTION FOR ESTABLISHMENT OF SEGREGATED PACA ACCOUNT AND PACA TRUST CLAIMS PROCEDURE FOR DETERMINATION AND PAYMENT OF VALID PACA CLAIMS AND DEFERRING RULING ON DEFENDANT'S MOTIONS TO DISMISS** |
| MAJOR FARMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SALYER AMERICAN FRESH FOODS, a California Corporation; SCOTT SALYER, an Individual; STEVE FRANSON, as Receiver appointed in the case of *Bank of the West v. Salyer American Fresh Foods, Salyer American Cooling*, Monterey County Superior Court Case Number GNM98573; and BANK OF THE WEST, a California Banking Corporation,<br><br>Defendants. | **Case Number C 09-4985 JF** |

---

[1] This disposition is not designated for publication in the official reports.

| | |
|---|---|
| HIGASHI FARMS, INC., a corporation; K&S FARMS, LLC, a limited liability company; M. NISHIMORI FARMS, INC., a corporation; MANN PACING CO., INC., a corporation; MARTIN JEFFERSON & SONS, a partnership; MERRILL FARMS, LLC, a limited liability company; NEW STAR FRESH FOODS, LLC, a limited liability company; TAYLOR FARMS CALIFORNIA, INC., a corporation<br>Plaintiff,<br>v.<br>BANK OF THE WEST, a California banking corporation, as Administrative Agent for itself, AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA; STEVE FRANSON, as Receiver for SALYER AMERICAN FRESH FOODS, a California Corporation,<br>Defendants.<br>G&H FARMS, LLC, a California limited liability company; JOHN S. TAMAGNI & SONS, INC., a California corporation; PEDRAZZZI FARMS, INC., a California corporation; ED MEHL, an individual; and C&G FARMS, a California corporation,<br>Intervening Plaintiffs. | **Case Number C 09-4983 JF** |

As limited by the discussion on the record at the motion hearing on March 5, 2010, Plaintiffs' joint motion will be granted. Determination of Defendant's motions to dismiss will be deferred pending completion of the PACA claims procedure. Discovery is hereby stayed with respect to all claims except for the PACA claims until further order of the Court. The Court makes no determination as to the legal relationship between PACA and non-PACA-related

//

//

2

Case Nos. C 09-4207 JF, C 09-4985 JF, & C 09-4983
ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR ESTABLISHMENT OF SEGREGATED PACA
ACCOUNT AND PACA TRUST CLAIMS PROCEDURE FOR DETERMINATION AND PAYMENT OF VALID
PACA CLAIMS AND DEFERRING RULING ON DEFENDANT'S MOTIONS TO DISMISS
(JFLC3)

claims, including but not limited to the applicability of issue and claim preclusion.

**IT IS SO ORDERED.**

DATED: 3/8/10

_____
JEREMY FOGEL
United States District Judge