**E-Filed 9/13/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAGA RANCH, INC., <br><br>            Plaintiff, <br><br>      v. <br><br> SALYER AMERICAN FRESH FOODS, et al., <br><br>            Defendants. | Case Number 5:09-cv-04207-JF/PVT |
| MAJOR FARMS, INC., <br><br>            Plaintiff, <br><br>      v. <br><br> SALYER AMERICAN FRESH FOODS, et al., <br><br>            Defendants. | Case Number 5:09-cv-04985-JF/PVT |
| HIGASHI FARMS, INC., <br><br>            Plaintiff, <br><br>      v. <br><br> BANK OF THE WEST, et al., <br><br>            Defendants. | Case Number 5:09-cv-04983-JF/PVT <br><br> ORDER ADMINISTRATIVELY TERMINATING MOTIONS TO DISMISS |

Case Nos. 5:09-cv-04207-JF/PVT, 5:09-cv-04985-JF/PVT, 5:09-cv-04983-JF/PVT
ORDER ADMINISTRATIVELY TERMINATING MOTIONS TO DISMISS
(JFLC2)

On March 8, 2010, the Court issued an order granting Plaintiffs' joint motion for establishment of PACA trust claims procedures and deferring ruling on Defendants' motions to dismiss. Those motions will be administratively terminated at this time. Defendants may renew their motions to dismiss, if appropriate, by contacting the Court for a hearing date and filing a renotice of motion at least thirty-five days prior to such hearing date.

IT IS SO ORDERED.

DATED: 9/13/2010

_____
JEREMY FOGEL
United States District Judge