Kelly McCarthy Sutherland, Esq., #168222
LOMBARDO & GILLES, LLP
318 Cayuga Street
Salinas, California 93901
Telephone: 831.754.2444
Facsimile: 831.754.2011
kelly@lomgil.com

Attorneys for Plaintiff
Braga Ranch, Inc., Intervening
Plaintiff Sabor Farms LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HIGASHI FARMS, INC., a corporation; K&S FARMS, LLC, a limited liability company; M. NISHIMORI FARMS, INC., a corporation; MANN PACKING CO., INC., a corporation; MARTIN JEFFERSON & SONS, a partnership; MERRILL FARMS, LLC, a limited liability company; NEW STAR FRESH FOODS, LLC, a limited liability company; TAYLOR FARMS CALIFORNIA, INC., a corporation;<br><br>Plaintiffs,<br>vs.<br><br>SALYER AMERICAN FRESH FOODS, a California Corporation; BANK OF THE WEST, a California banking corporation, As Administrative Agent for itself, AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA; STEVE FRANSON, as Receiver for SALYER AMERICAN FRESH FOODS, a California Corporation,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO.  09-CV-04983 JF<br>09-CV-04985 JF<br>09-CV-04207 JF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE FOR PURPOSES OF DEPOSING PERSON(S) MOST KNOWLEDGEABLE FROM DEFENDANT BANK OF THE WEST** |

Plaintiffs, BRAGA RANCH, INC. ("Braga Ranch"), HIGASHI FARMS, INC., K&S FARMS, LLC, M. NISHIMORI FARMS, INC., MANN PACKING CO., INC., MARTIN

STIPULATION TO EXTEND PACA DISCOVERY DEADLINE – Page 1

JEFFERSON & SONS, MERRILL FARMS, LLC, NEW STAR FRESH FOODS, LLC, TAYLOR FARMS CALIFORNIA, INC., MAJOR FARMS, INC. ("Major Farms") and Intervening Plaintiffs G&H FARMS, LLC, JOHN S. TAMAGNI & SONS, INC., PEDRAZZI FARMS, INC., ED MEHL, C&G FARMS, INC., SABOR FARMS LLC, GREENHART FARMS, INC., GREEN STAR PRODUCE MARKETING, INC. (all Plaintiffs and Intervening Plaintiffs are referred to collectively as "Plaintiffs"), and Defendants SALYER AMERICAN FRESH FOODS, BANK OF THE WEST, and STEVE FRANSON, as Receiver for Salyer American Fresh Foods (collectively, "Defendants"), through their respective counsel, hereby jointly submit the following Stipulation and Order to Extend Discovery Deadline for Purposes of Deposing Person(s) Most Knowledgeable From Defendant Bank of the West ("Stipulation and Order"). Plaintiffs and Defendants are collectively referred to herein as the "Parties."

## RECITALS

A. On July 19, 2010, the Court filed an Order Establishing Segregated PACA Account and PACA Trust Claims Procedure which provides, among other things, that a deposition may be taken upon 10 day's notice and that November 1, 2010 is the Last Day to Complete Discovery in Regard to PACA Trust Claims.

B. On October 15, 2010, several of the Plaintiffs noticed the deposition of the Person(s) Most Knowledgeable at Defendant Bank of the West regarding Plaintiffs' PACA claims. The deposition was noticed for October 28, 2010.

C. On October 20, 2010, counsel for Defendant Bank of the West indicated that the Person Most Knowledgeable at Defendant Bank of the West regarding Plaintiffs' PACA claims had been on vacation and was going to remain on vacation through October 29, 2010, so it was unknown and would remain unknown until November 1, 2010 when that person would be available for deposition. Defendant Bank of the West Bank is also attempting to meet and confer regarding the necessity for the deposition and the location of the deposition.

D. The Parties hereto stipulate to the following Order to extend the last day of discovery for purposes of taking the deposition of the Person Most Knowledgeable at Defendant Bank of the West regarding Plaintiffs' PACA claims.

Accordingly, **IT IS STIPULATED AND AGREED**, by and between Plaintiffs and Defendants as follows:

1. The Parties hereto stipulate to the following Order to extend the last day of discovery for purposes of taking the deposition of the Person Most Knowledgeable at Defendant Bank of the West regarding Plaintiffs' PACA claims up to and including November 15, 2010.

2. This Stipulation and Order may be executed in any number of counterparts via facsimile or otherwise with the same effect as if all signatories had signed the same document. All counterparts must be construed together to constitute one instrument.

**STIPULATED AND AGREED**

**RYNN & JANOWSKY, LLP**

Dated: October 26, 2010

_____
PATRICIA J. RYNN, attorneys for Plaintiffs
HIGASHI FARMS, INC., K&S FARMS, LLC, M. NISHIMORI FARMS, INC., MANN PACKING CO., INC., MARTIN JEFFERSON & SONS, MERRILL FARMS, LLC, NEW STAR FRESH FOODS, LLC, TAYLOR FARMS CALIFORNIA, INC.

**LOMBARDO & GILLES, LLP**

Dated: October 28, 2010

_____
KELLY MCCARTHY SUTHERLAND, attorneys for Plaintiff BRAGA RANCH, INC., Intervening Plaintiff SABOR FARMS, LLC

**ANASTASSIOU & ASSOCIATES**

Dated: October ___, 2010

_____
EFFIE F. ANASTASSIOU, attorneys for Plaintiff MAJOR FARMS, INC.

STIPULATION TO EXTEND PACA DISCOVERY DEADLINE -- Page 3

1  Accordingly, **IT IS STIPULATED AND AGREED**, by and between Plaintiffs and
2  Defendants as follows:

3  1. The Parties hereto stipulate to the following Order to extend the last day of
4  discovery for purposes of taking the deposition of the Person Most Knowledgeable at Defendant
5  Bank of the West regarding Plaintiffs' PACA claims up to and including November 15, 2010.

6  2. This Stipulation and Order may be executed in any number of counterparts via
   facsimile or otherwise with the same effect as if all signatories had signed the same document.
7  All counterparts must be construed together to constitute one instrument.

8  **STIPULATED AND AGREED**

9  **RYNN & JANOWSKY, LLP**

10

11 Dated: October ___, 2010

   _____
12 PATRICIA J. RYNN, attorneys for Plaintiffs
   HIGASHI FARMS, INC., K&S FARMS, LLC, M.
   NISHIMORI FARMS, INC., MANN PACKING
13 CO., INC., MARTIN JEFFERSON & SONS,
   MERRILL FARMS, LLC, NEW STAR FRESH
14 FOODS, LLC, TAYLOR FARMS CALIFORNIA,
   INC.
15

16 **LOMBARDO & GILLES, LLP**

17

18 Dated: October ___, 2010
   _____
19 KELLY MCCARTHY SUTHERLAND, attorneys
   for Plaintiff BRAGA RANCH, INC., Intervening
   Plaintiff SABOR FARMS, LLC
20

21 **ANASTASSIOU & ASSOCIATES**

22

23 Dated: October 26, 2010
   _____
24 EFFIE F. ANASTASSIOU, attorneys for Plaintiff
   MAJOR FARMS, INC.
25

JOHNSON & MONCRIEF, PLC

Dated: October 22, 2010

_____
PAUL HART, attorneys for Intervening Plaintiffs G&H FARMS, LLC, JOHN S. TAMAGNI & SONS, INC., PEDRAZZI FARMS, INC., ED MEHL, and C&G FARMS, INC.

**LAW OFFICES OF STEVEN M. KOCH**

Dated: October ___, 2010

_____
STEVEN M. KOCH, attorney for Intervening Plaintiff GREENHART FARMS, INC.

**LAW OFFICES OF MICHELLE NOBLE MCCAIN**

Dated: October ___, 2010

_____
MICHELLE NOBLE MCCAIN, attorney for Intervening Plaintiff GREEN STAR PRODUCE MARKETING, INC.

**PERKINS, MANN & EVERETT, P.C.**

Dated: October ___, 2010

_____
REID EVERETT, attorneys for Defendant STEVE FRANSON

STIPULATION TO EXTEND PACA DISCOVERY DEADLINE – Page 4

|   |   |
|---|---|
| | **JOHNSON & MONCRIEF, PLC** |
| Dated: October ___, 2010 | _____ |
| | PAUL HART, attorneys for Intervening Plaintiffs G&H FARMS, LLC, JOHN S. TAMAGNI & SONS, INC., PEDRAZZI FARMS, INC., ED MEHL, and C&G FARMS, INC. |
| | **LAW OFFICES OF STEVEN M. KOCH** |
| Dated: October 26, 2010 | _/s/ Steven M. Koch_____ |
| | STEVEN M. KOCH, attorney for Intervening Plaintiff GREENHART FARMS, INC. |
| | **LAW OFFICES OF MICHELLE NOBLE MCCAIN** |
| Dated: October 26, 2010 | _/s/ Michelle Noble McCain_____ |
| | MICHELLE NOBLE MCCAIN, attorney for Intervening Plaintiff GREEN STAR PRODUCE MARKETING, INC. |
| | **PERKINS, MANN & EVERETT, P.C.** |
| Dated: October ___, 2010 | _____ |
| | REID EVERETT, attorneys for Defendant STEVE FRANSON |

//
//
//
//

STIPULATION TO EXTEND PACA DISCOVERY DEADLINE -- Page 4

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   | **JOHNSON & MONCRIEF, PLC** |
| 4 |   |   |
| 5 | Dated: October ___, 2010 | _____ |
| 6 |   | PAUL HART, attorneys for Intervening Plaintiffs G&H FARMS, LLC, JOHN S. TAMAGNI & SONS, INC., PEDRAZZI FARMS, INC., ED MEHL, and C&G FARMS, INC. |
| 7 |   |   |
| 8 |   | **LAW OFFICES OF STEVEN M. KOCH** |
| 9 |   |   |
| 10 | Dated: October ___, 2010 | _____ |
| 11 |   | STEVEN M. KOCH, attorney for Intervening Plaintiff GREENHART FARMS, INC. |
| 12 |   |   |
| 13 |   | **LAW OFFICES OF MICHELLE NOBLE MCCAIN** |
| 14 |   |   |
| 15 | Dated: October ___, 2010 | _____ |
| 16 |   | MICHELLE NOBLE MCCAIN, attorney for Intervening Plaintiff GREEN STAR PRODUCE MARKETING, INC. |
| 17 |   |   |
| 18 |   | **PERKINS, MANN & EVERETT, P.C.** |
| 19 |   |   |
| 20 | Dated: October 26, 2010 | /s/ [signature] _____ REID EVERETT, attorneys for Defendant STEVE FRANSON, Receiver |
| 21 | // |   |
| 22 | // |   |
| 23 | // |   |
| 24 | // |   |
| 25 |   |   |

STIPULATION TO EXTEND PACA DISCOVERY DEADLINE – Page 4

|   |   |
|---|---|
| | JEFFER MANGELS BUTLER & MITCHELL LLP |

Dated: October 26, 2010

_____
JOSEPH N. DEMKO, attorney for Defendant BANK OF THE WEST, a California banking corporation, As Administrative Agent for itself, AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA

**LAW OFFICE OF LARRY LICHTENEGGER**

Dated: October ___, 2010

_____
LARRY LICHTENEGGER, attorney for Defendant SALYER AMERICAN FRESH FOODS

**ORDER**

IT IS SO ORDERED.

Dated: 11/4/10

_____
Hon. Jeremy Fogel

STIPULATION TO EXTEND PACA DISCOVERY DEADLINE – Page 5