Reid H. Everett, SBN 100662
Douglas V. Thornton, SBN 154956
PERKINS, MANN & EVERETT
A Professional Corporation
2222 West Shaw Avenue, Suite 202
Fresno, California 93711
Telephone (559) 447-5700
Facsimile (559) 447-5600

Attorney for: STEVE FRANSON, as Receiver

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HIGASHI FARMS, INC., et al.,<br><br>Plaintiffs,<br>vs.<br><br>SALYER AMERICAN FRESH FOODS, et al.,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | CASE NO.    09-CV-04983 JF<br>                 09-CV-04985 JF<br>                 09-CV-04207 JF<br><br>ORDER AMENDING DEADLINES RE PACA TRUST CLAIMS PROCEDURE |
|---|---|

Pursuant to the Stipulation of the Parties filed herein, the following deadlines set forth in this Court's Order Establishing Segregated PACA Account and PACA Trust Claims Procedures made and entered herein on July 19, 2010, are amended and extended as follows:

**Deadline to File and to Serve Responses to Objections to PACA Proof of Claim extended from November 1, 2010 to November 15, 2010**

**Deadline to File PACA Trust Chart extended from November 12, 2010, to November 24, 2010**

PERKINS, MANN &
EVERETT, APC

1  **Deadline to File and to Serve Objection to the PACA Trust Chart extended from**
2  **November 26, 2010 to December 8, 2010**
3
4  **Deadline to File and to Serve Motion to Determine Validity of PACA Claims**
5  **extended from January 7, 2011 to January 21, 2011**
6
7  IT IS SO ORDERED.
8
9  United States District Court
   Northern District of California
10
11
12  Dated: 11/4/10                    _____
13                                    Hon. Jeremy Fogel, District Court Judge
14
...
28

PERKINS, MANN &
EVERETT, APC

ORDER EXTENDING CERTAIN DEADLINES
RE PACA TRUST CLAIMS PROCEDURE