Reid H. Everett, SBN 100662
PERKINS, MANN & EVERETT
A Professional Corporation
2222 West Shaw Avenue, Suite 202
Fresno, California 93711
Telephone (559) 447-5700
Facsimile (559) 447-5600

Attorney for: STEVE FRANSON, as RECEIVER

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HIGASHI FARMS, INC., a corporation; K&S FARMS, LLC, a limited liability company; M. NISHIMORI FARMS, INC., a corporation; MANN PACKING CO., INC., a corporation; MARTIN JEFFERSON & SONS, a partnership; MERRILL FARMS, LLC, a limited liability company; NEW STAR FRESH FOODS, LLC, a limited liability company; TAYLOR FARMS CALIFORNIA, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST, a California banking corporation, as administrative agent for itself, AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA; STEVE FRANSON, as receiver for SALYER AMERICAN FRESH FOODS, a California Corporation,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.:   09-CV-04983 JF<br>            09-CV-04985 JF<br>            09-CV-04207 JF<br><br><br>**ORDER AUTHORIZING PAYMENTS BY RECEIVER FROM MONIES HELD IN PACA TRUST ACCOUNT RESOLVING PACA CLAIMS SETTLED PURSUANT TO STIPULATIONS FILED HEREIN**<br><br><br>**No Hearing Required** |

The Court having received and reviewed the separate STIPULATION TO RESOLVE AND RELEASE CLAIMS AND DISMISS PENDING COMPLAINT/COMPLAINT

IN INTERVENTION AND/OR WITHDRAWAL OF CLAIM (the "Stipulation") made by and between Defendant Steve Franson, in his capacity as Receiver (the "Receiver"), Defendant Bank of the West, a California corporation, as Administrative Agent for itself, AgStar Financial Services, PCA/FLCA, and FCS Financial, PCA (the "Bank"), and the following Plaintiffs and/or Intervening Parties (the "Claimants") herein:

1. GREENHEART FARMS, INC. ($50,000.00)
2. C & G FARMS, INC. ($19,527.00);
3. JOHN S. TAMAGNI & SONS, INC. ($30,000.00); and
4. DAVID M. PEDRAZZIA DBA PEDRAZZI FARMS ($12,000.00)

hereby accepts and approves the same and further authorizes and instructs Receiver, Steve Franson, to pay the individual "Payment Amount" to each Claimant as set forth and agreed to in each Stipulation, which amount also is set forth next to the name of each of Claimants above, from funds held in the segregated PACA Trust Account established pursuant to this Court's "Order Establishing Segregated PACA Account and PACA Trust Claims Procedure" made and entered July 19, 2010, for the benefit of the parties hereto and for the benefit of SAFF. No other payments are authorized at this time.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Dated: 5/4/11

By: _____
Honorable Jeremy Fogel, Judge

Order submitted by:

PERKINS MANN & EVERETT APC
Reid H. Everett, Attorneys for
Defendant, Receiver, Steve Franson

PERKINS, MANN & EVERETT, APC

{00036328.DOC;1}

ORDER ON STIPULATIONS TO RESOLVE AND RELEASE PACA CLAIMS