Paul Hart, Esq., SBN 237766
Daniel E. Griffee, Esq., SBN 229897
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff C & G Farms, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HIGASHI FARMS, INC., et al., | Case No.  09-CV-04983 JF |
| Plaintiffs, | 09-CV-04985 JF |
| | 09-CV-04207 JF |
| v. | |
| | **ORDER RE DISMISSAL** |
| SALYER AMERICAN FRESH FOODS, et al., | |
| Defendants. | |
| MAJOR FARMS, INC., | |
| Plaintiff, | |
| v. | |
| SALYER AMERICAN FRESH FOODS, et al., | |
| Defendants. | |
| BRAGA RANCH, INC., | |
| v. | |
| SALYER AMERICAN FRESH FOODS, et al., | |
| Defendants. | |

---

Order Re Dismissal                                   1
Case Nos. 09-CV-04983 JF
           09-CV-04985 JF
           09-CV-04207 JF

1 | The Complaint by Claimant C & G Farms, Inc. as to all Defendants is hereby dismissed
2 | with Prejudice.
3 | Dated: ~~April~~ May 4 ___, 2011          _____
4 |                                            JUDGE OF THE U. S. DISTRICT COURT