Paul Hart, Esq., SBN 237766
Daniel E. Griffee, Esq., SBN 229897
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff David M. Pedrazzi dba Pedrazzi Farms

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HIGASHI FARMS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SALYER AMERICAN FRESH FOODS, et al., <br><br> Defendants. | Case No.  09-CV-04983 JF <br> 09-CV-04985 JF <br> 09-CV-04207 JF <br><br> **ORDER RE DISMISSAL** |
| MAJOR FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SALYER AMERICAN FRESH FOODS, et al., <br><br> Defendants. | |
| BRAGA RANCH, INC., <br><br> v. <br><br> SALYER AMERICAN FRESH FOODS, et al., <br><br> Defendants. | |

The Complaint by David M. Pedrazzi dba Pedrazzi Farms as to all Defendants is hereby dismissed with Prejudice.

Dated: ~~April~~ May 4 ___, 2011

_____
JUDGE OF THE U. S. DISTRICT COURT

Order Re Dismissal
Case Nos. 09-CV-04983 JF
         09-CV-04985 JF
         09-CV-04207 JF

2