Kelly McCarthy Sutherland, Esq., #168222
LOMBARDO & GILLES, LLP
318 Cayuga Street
Salinas, California 93901
Telephone: 831.754.2444
Facsimile: 831.754.2011
kelly@lomgil.com

Attorneys for Intervening Plaintiff
Sabor Farms, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HIGASHI FARMS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SALYER AMERICAN FRESH FOODS, et al.,<br><br>Defendants.<br><br>AND RELATED CLAIMS ACTIONS | CASE NO.  09-cv-04983 JF<br>09-cv-04985 JF<br>09-cv-04207 JF<br><br>**NOTICE OF WITHDRAWAL OF PACA TRUST CLAIMS AND AGREED DISMISSAL OF COMPLAINT AS TO PLAINTIFF IN INTERVENTION SABOR FARMS, LLC *ONLY*, REQUEST FOR DISMISSAL AS TO THIS PLAINTIFF *ONLY* AND [PROPOSED] ORDER** |

On April 7, 2011, the Receiver in this action, Defendant Steve Franson, filed a Stipulation to Resolve and Release Claim and Dismiss Pending Complaint/Complaint in Intervention and/or Withdrawal of Claim [Docket #214] relating to Plaintiff in Intervention Sabor Farms, LLC ("Sabor"). This Stipulation was not only signed by Defendant Franson, but it was also executed by Sabor and Defendant Bank of the West.

Paragraph 9 of the Stipulation states:

"9. Dismissal of Action. Claimant shall, upon receipt of the Payment Amount, take all steps necessary to withdraw its PACA Claim and cause its complaint or its

*Higashi, et al. v. Salyer American Fresh Foods, et al.*
Case No. C-09-04983-JF
Notice of Withdrawal of Claim and Order            1

complaint in intervention filed in this action to be dismissed with prejudice and shall provide Receiver and Bank with a conformed order confirming same..."

Sabor has received the Payment amount stated in the Stipulation, and consequently, it hereby gives notice that it is withdrawing its PACA trust claim, and it respectfully requests that the Court dismiss the Complaint in Intervention in this action as it relates to Sabor.

LOMBARDO & GILLES, LLP

Date: May 11, 2011         By: /s/ Kelly McCarthy Sutherland
                               KELLY McCARTHY SUTHERLAND
                               Attorneys for Intervening Plaintiff SABOR FARMS, LLC

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Complaint in Intervention is dismissed with prejudice as it relates to Sabor Farms, LLC.

Date: 5/13, 2011         _____
                          U.S. District Court Judge Jeremy Fogel

*Higashi, et al. v. Salyer American Fresh Foods, et al.*
Case No. C-09-04983-JF
Notice of Withdrawal of Claim and Order         2